IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| NIGELLUS DEVONTE DAVIS | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:19cv973-HSO-JCG |
| | § | |
| MISS. LOTTERY & SPORTS BETTING | § | DEFENDANT |

**FINAL JUDGMENT OF DISMISSAL**

THIS MATTER is before the Court sua sponte. For the reasons given in its Order of Dismissal entered this date, the Court enters judgment pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of January, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE